# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America

v.

Breeauna Langton
*Defendant*

Case No. 17-cr-3246 MV

## WAIVER OF PERSONAL PRESENCE AT HEARING

I, Breeauna Langton, Defendant, understand that I am scheduled for a sentencing hearing on May 1, 2020.

I understand that I may appear by video for this proceeding. I hereby ask to be permitted to appear for the hearing by video, and waive my right to be personally present for this hearing.

Date: 4/25/20

*Defendant's signature*

*Signature of defendant's attorney*

Darrell M. Allen
*Printed name of defendant's attorney*

darrell.allen@voxoptima.com
*Defendant's attorney's e-mail address*